833 A.2d 518

**MOTOR VEHICLE ADMINISTRATION**

v.

**Justin Kenyon GOLLIDAY.**

**No. 12 Sept. Term, 2003.**

Court of Appeals of Maryland.

Oct. 8, 2003.

Leight D. Collins, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD; Andrew H. Baida, Sol. Gen., Baltimore; Robert C. Cain, II, Asst. Atty. Gen., Glen Burnie), all on brief, for Petitioner.

William L. Callahan (Donald B.W. Messenger of Messenger & Callahan, P.A., on brief), Beltsville, for Respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 8th day of October, 2003,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.